EDWARD M. BOMBACI *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 17208)

Landau, Schaller and Sullivan, Js.

Argued March 17—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

DOUGLAS BUSTER *v.* COMMISSIONER OF
CORRECTION
(AC 17374)

Spear, Hennessy and Shea, Js.

Argued March 17—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

JOSEPH A. PRANULIS *v.* TOWN OF
PROSPECT ET AL.
(AC 17162)

Foti, Hennessy and Stoughton, Js.

Argued March 18—officially released March 31, 1998

Per Curiam. The judgment is affirmed.